**HYDEE FELDSTEIN SOTO**, City Attorney (SBN 106866)
**DENISE C. MILLS**, Chief Deputy City Attorney (SBN 191992)
**KATHLEEN KENEALY**, Chief Assistant City Attorney (SBN 212289)
**CORY M. BRENTE**, Senior Assistant City Attorney (SBN 115453)
**EMILY S. COHEN**, Deputy City Attorney (SBN 285709)
200 North Main Street, 6th Floor, City Hall East
Los Angeles, CA 90012
Phone No.: (213) 978-6900    Fax No.: (213) 978-8785
Email: emily.s.cohen@lacity.org

*Attorneys for Defendant*, CITY OF LOS ANGELES

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL DURAN<br><br>     Plaintiff<br><br>     v.<br><br>CITY OF LOS ANGELES; and ARTHUR CONTRERAS<br>DOES 1 TO 20<br><br>     Defendants | **CASE NO.**<br><br>**LASC CASE NO. 24STCV06885**<br>[*Action Filed: March 19, 2024*]<br>[*Assigned: Hon Stephen P. Pfahler-Dept. 68*]<br><br>**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §§ 1441 (a) and 1446 (a); DECLARATION OF EMILY S. COHEN; AND SUPPORTING EXHIBITS** |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

PLEASE TAKE NOTICE that Defendant **CITY OF LOS ANGELES**, hereby removes this action from the Superior Court for the State of California, County of Los Angeles to the United States District Court for the Central District of California. The removal is made pursuant to 28 U.S.C. § 1446(a), on the facts set forth below:

1

1.     The CITY OF LOS ANGELES is a named defendant in this civil action filed in the Superior Court of the State of California, County of Los Angeles entitled *Daniel Duran v. City of Los Angeles, et al.,* Superior Court Case No. 24STCV06885 (hereinafter "Plaintiff's Complaint").  Plaintiff filed his Complaint on March 19, 2024. The following are true and correct copies of the State Court documents in the above action with referenced exhibit numbers: Plaintiff's Complaint (Exhibit 1); Summons (Exhibit 2); Civil Case Cover Sheet, Civil Case Cover Sheet Addendum and Statement of Location (Exhibit 3); Notice of Case Assignment – Unlimited Civil Case (Exhibit 4); Notice of Case Management Conference (Exhibit 5); Alternative Dispute Resolution (ADR) Information Package (Exhibit 6); Order to Show Cause Hearing (Exhibit 7); Notice of Law Firm Change of Address (Exhibit 8); Proof of Service of Summons on Arthur Contreras (Exhibit 9) and Proof of Service of Summons on City of Los Angeles (Exhibit 10).

2.     This action meets the original jurisdiction requirements of 28 U.S.C. § 1441(a) and is removable by Defendant CITY OF LOS ANGELES pursuant to 28 U.S.C. § 1446(a).  A case is removable from state to federal court if the action could have been originally commenced in federal court.  28 U.S.C. § 1441(a); *Grubbs v. General Electric Credit Corp.*, 405 U.S. 699, 702 (1972).  The propriety of removal is determined at the time the petition for removal is filed by reference to the plaintiff's complaint filed in state court.  *La Chemise Lacoste v. Alligator Co.,* 506 F.2d 339, 343-44 (3d Cir. 1974).  When the complaint states a claim invoking the original jurisdiction of the federal court, the action is removable.  *Id*.  Under the Judicial Code, federal district courts have original jurisdiction in the district courts over all actions brought under 42 U.S.C. § 1983.  *See* 28 U.S.C. § 1343(a)(3).  Moreover, the Code confers original jurisdiction in the district courts over all actions involving federal questions. *See* 28 U.S.C. § 1331.

3.     The gravamen of this action is the federal civil rights claims that are asserted in the sixth through ninth causes of action of Plaintiff's Complaint.

4.     State law claims are also asserted in the first through fifth causes of action of Plaintiff's Complaint.  When an action originally filed in state court is removed to federal court, the federal tribunal has jurisdiction to determine not only the federal claims but all pendent state claims "that are so related to claims in the action … that they form part of the same case or controversy...."  See 28 U.S.C. § 1367(a).

5.     Defendant CITY OF LOS ANGELES was served with Plaintiff's Complaint on April 10, 2024, and consents to this removal.  (See Declaration of Emily S. Cohen).  Named defendant ARTHUR CONTRERAS was served with Plaintiff's Complaint on April 13, 2024, and consents to this removal.  (See Notice of Joinder filed concurrently).

6.     Further, other than those identified above and the persons identified in the caption as "DOES 1 TO 20" there are no other named defendants in this lawsuit. Therefore, there are no other defendants who need to consent in order for this case to be removed.  (See Declaration of Emily S. Cohen).

7.     The Notice of Removal is filed with this Court within 30 days after Defendant CITY OF LOS ANGELES was served with Plaintiff's Complaint on April 10, 2024.  (See Declaration of Emily S. Cohen).

8.     The Notice of Removal is being filed in this Court and in the Superior Court of the State of California, County of Los Angeles.

WHEREFORE, the above-entitled action, now pending in the Superior Court of the State of California, County of Los Angeles, is removed to the United States District Court for the Central District of California.

Dated: May 10, 2024

Respectfully submitted,
**HYDEE FELDSTEIN SOTO**, City Attorney
**DENISE C. MILLS**, Chief Deputy City Attorney
**KATHLEEN KENEALY**, Chief Assistant City Attorney
**CORY M. BRENTE**, Senior Assistant City Attorney
By: /s/ *Emily S. Cohen*

**EMILY S. COHEN**, Deputy City Attorney
*Attorneys for Defendant*, CITY OF LOS ANGELES

3

## **DECLARATION OF EMILY S. COHEN**

I, EMILY S. COHEN, do hereby declare that I make this declaration upon my own personal knowledge, except upon those matters stated upon information and belief, and I could and would competently testify as follows:

1. I am a Deputy City Attorney for the City of Los Angeles. In that capacity, I have been assigned to assist in representing Defendant CITY OF LOS ANGELES in the case of *Daniel Duran v. City of Los Angeles, et al.,* Superior Court Case No. 24STCV06885, now pending in the Los Angeles Superior Court.

2. The following are true and correct copies of the State Court documents in the above action with referenced exhibit numbers: Plaintiff's Complaint (Exhibit 1); Summons (Exhibit 2); Civil Case Cover Sheet, Civil Case Cover Sheet Addendum and Statement of Location (Exhibit 3); Notice of Case Assignment – Unlimited Civil Case (Exhibit 4); Notice of Case Management Conference (Exhibit 5); Alternative Dispute Resolution (ADR) Information Package (Exhibit 6); Order to Show Cause Hearing (Exhibit 7); Notice of Law Firm Change of Address (Exhibit 8); Proof of Service of Summons on Arthur Contreras (Exhibit 9) and Proof of Service of Summons on City of Los Angeles (Exhibit 10).

3. Defendant CITY OF LOS ANGELES was served with Plaintiff's Complaint on April 10, 2024, and consents to this removal. Attached hereto as Exhibit 11 is a true and correct copy of the Summons served on Defendant CITY OF LOS ANGELES.

4. I am informed that named defendant ARTHUR CONTRERAS was served with Plaintiff's Complaint on April 13, 2024, and consents to this removal. (See Notice of Joinder filed concurrently).

5. Further, other than those identified above and the persons identified in the caption as "DOES 1 TO 20" there are no other named defendants in this lawsuit. Therefore, there are no other defendants who need to consent in order for this case to be removed.

4

6.      The Notice of Removal is filed with this Court within 30 days after Defendant CITY OF LOS ANGELES was served with Plaintiff's Complaint on April 10, 2024.

7.      This Notice of Removal is being filed in this Court and in the Los Angeles Superior Court.

I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing is true and correct.

Executed on May 10, 2024, at Los Angeles, California.


/s/ *Emily S. Cohen*
EMILY S. COHEN, Declarant

5

## PROOF OF SERVICE

I, Ingrid Farino, declare as follows:

I am over the age of 18 years and not a party to the within action or proceeding. My business address is, 200 North Main Street, 6th Floor, City Hall East, Los Angeles, California 90012.

On May 10, 2024, I served copies of the following documents described as: **NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §§ 1441 (a) and 1446 (a); DECLARATION OF EMILY S. COHEN; AND SUPPORTING EXHIBITS** on the interested parties in this action as follows:

Rickey Ivie, Esq.
Ivie McNeil Wyatt Purcell & Diggs
444 S. Flower Street, Suite 1800
Los Angeles, CA 90071
*Attorney for Plaintiff. Daniel Duran*

Michael J. Armenta, Esq
Armenta Law
6 N. Central Avenue
Upland, CA 91786
*Attorney for Defendant. Arthur Contreras*

**[X]    BY MAIL:** By placing a true copy thereof enclosed in a sealed envelope(s) addressed as above and placing each for collection and mailing on that date following ordinary business practices. I am "readily familiar" with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the U.S. Postal Service in Los Angeles, California, in a sealed envelope with postage fully prepaid.

**[X]    FEDERAL:** I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I hereby certify under the penalty of perjury that the foregoing is true and correct.

Executed on this 10th day of May, 2024 at Los Angeles, California.

INGRID FARINO, Declarant

6