JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL DURAN,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF LOS ANGELES, et al.,<br><br>    Defendants. | Case No. CV 24-3919-MWF(Ex)<br><br>ORDER GRANTING STIPULATION TO REMAND |

The Court has reviewed the parties' Stipulation to Remand (the "Stipulation"), filed November 22, 2024. (Docket No. 28). For good cause shown, the Stipulation is GRANTED. The Court ORDERS this entire action REMANDED to the Superior Court for the State of California, County of Los Angeles, pursuant to the terms set forth in the Stipulation.

**IT IS SO ORDERED.**

Dated: November 25, 2024

_____
MICHAEL W. FITZGERALD
United States District Judge